UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDERS COVERT,

                    Plaintiff,

            vs.

FIRST ADVANTAGE
BACKGROUND SERVICES
CORPORATION,

                    Defendant.

Case No. C18-1697 RSM

ORDER RE MOTION TO EXTEND TIME
TO FILE COMBINED JOINT STATUS
REPORT AND DISCOVERY PLAN

ORDER

Having reviewed the Plaintiff's Motion to Extend Time To File Combined Joint Status Report and Discovery Plan (Dkt. #6), the Court GRANTS Plaintiff's Ex Parte Motion and extends the deadline until 30 days after Defendant's Answer is made.

        Dated this 18th day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE MOTION TO EXTEND TIME TO FILE
COMBINED JOINT STATUS REPORT AND
DISCOVERY PLAN

Alexis I. Lehmann
**FRANCIS & MAILMAN, P.C.**
1600 Market Street, 25th Floor
Philadelphia, PA 19103
Telephone: (215) 735-8600
(Admitted *Pro Hac Vice*)