**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ANDERS COVERT,<br><br>        Plaintiff,<br><br>     v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORPORATION,<br><br>        Defendant. | Case No. 2:18-CV-01697<br><br>**ORDER ON DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS SO ORDERED. The Court GRANTS Defendant's Consent Motion to Extend Time to Answer or Respond to Plaintiff's Complaint. Defendant shall submit its responsive pleading on or before February 25, 2019.

DATED this 23 day of January, 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1  **Presented By:**

2  /s/ *Thomas J. Wybenga*
   Thomas J. Wybenga (WA Bar No. 42371)

3  twybenga@seyfarth.com
   SEYFARTH SHAW LLP

4  2029 Century Park East
   Suite 3500

5  Los Angeles, CA 90067-3021
   Telephone: (310) 277-7200

6  Facsimile: (310) 201-5219

7  *Counsel for Defendant*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

54366179v.1